IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY COTTON, AIS # 135533, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACT. NO. 2:20-cv-642-ECM |
| WARDEN BUTLER, *et al.*, | ) |
| Defendants. | ) |

**MEMORANDUM OPINION and ORDER**

Now pending before the court is the Recommendation of the Magistrate Judge (doc. 41) which recommends that the Plaintiff's motion for a preliminary injunction (doc. 6) be denied. On January 7, 2021, the Plaintiff filed objections to the Recommendation. (Doc. 44). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, for the reasons as stated and for good cause, it is

ORDERED as follows:

1. the Plaintiff's objections (doc. 44) are OVERRULED;

2. the Recommendation of the Magistrate Judge (doc. 41) is ADOPTED;

3. the motion for a preliminary injunction (doc. 6) is DENIED; and

4. this case is referred to the Magistrate Judge for further proceedings.

DONE this 23rd day of February 2021.

　　　　　　　　　　　　　　　　　　/s/   Emily C. Marks
　　　　　　　　　　　　　　　　　　EMILY C. MARKS
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE